UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
    BARBRA A HARRIS

CASE NO. 08 B 30903

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-3766

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/13/08 .

2. The case was dismissed without confirmation, 02/20/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HONOR FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AIR TIGERS HEATING & COO | UNSECURED | NOT FILED | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CNAC | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| J&J REPAIR | UNSECURED | NOT FILED | .00 | .00 |
| JD BYRIDERS/CNAC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MILLERS LANDSCAPING | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDITOR ADJUST | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDITOR ADJUST | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

```
NUMARK CREDIT UNION          UNSECURED      NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC     UNSECURED      NOT FILED              .00            .00
SCHULER HEATING & COOLIN     UNSECURED      NOT FILED              .00            .00
SECURITY FINANCIAL           UNSECURED      NOT FILED              .00            .00
TRUGREEN CHEMLAWN            UNSECURED      NOT FILED              .00            .00
FIRST AMERICAN INVESTMEN     UNSECURED      NOT FILED              .00            .00
USA PAYDAY LOANS             UNSECURED      NOT FILED              .00            .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID     | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID      | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID         | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JOHN C DENT                , was allowed $    3500.00
and was paid $    315.00   direct and $     .00   through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 08 B 30903 BARBRA A HARRIS